**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| URA BERNARD LEMON, *et al.*,<br><br>Plaintiffs,<br><br>UNITED STATES,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>BOSSIER PARISH SCHOOL BOARD, *et al.*,<br><br>Defendants. | Case No. 5:64-cv-10687<br><br>JUDGE S. MAURICE HICKS, JR.<br><br>MAGISTRATE JUDGE MARK L. HORNSBY |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Intervenor the United States and Defendants hereby stipulate to dismiss this action with prejudice. The Fifth Circuit recently reaffirmed that a "case end[s]" when "every remaining party file[s] … a Rule 41(a)(1) dismissal." *Smith v. Sch. Bd. of Concordia Par.* (*Concordia*), No. 25-30698, 2026 WL 2024655, at *1, 4 (5th Cir. July 14, 2026). The only remaining parties here are the United States and Defendants. Counsel for "the original plaintiffs" has confirmed that "the original parent plaintiffs have passed away" and that counsel "has been unable to contact the formerly minor plaintiffs." ECF 87 at 2 n.1. Because the original plaintiffs no longer "remain[]," *Concordia*, 2026 WL 2024655, at *1, or "appear[]," Fed. R. Civ. P. 41(a)(1)(A)(ii), in this case, their signature is not required for this stipulation to be effective.

Nor does this case implicate the exceptions to Rule 41(a)(1)(A)(ii). Like *Concordia*, "[t]his is not a class action requiring Rule 23(e) approval, a derivative action under Rule 23.1(c), an unincorporated-association action under Rule 23.2, or a receivership under Rule 66." 2026 WL 2024655, at *3.

This Court previously held that, "this case is not presently maintained as a class action" due to "the absence of certification under Rule 23 and the prolonged dormancy of the original plaintiffs." ECF 107 at 4. They "ceased active participation before the 1980s," and ever since, "the litigation has proceeded between [only] the United States and the School Board." *Id.* at 3.

In light of the foregoing the remaining and only parties to this action hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 31, 2026

HARMEET K. DHILLON
Assistant Attorney General
United States
Civil Rights Division

PETER FEAMAN
Senior Counsel

*/s/ John P. Mertens*
JOHN P. MERTENS
Acting Chief
Educational Opportunities Section
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 532-3893
John.Mertens@usdoj.gov

*/s/ Karen J. King*
KAREN J. KING (#23508)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:(337) 262-6618
Facsimile: (337) 262-6693
Email: karen.king@usdoj.gov

*Counsel for the United States*

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard*
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

LOUISIANA DEPARTMENT OF JUSTICE
Office of the Attorney General
1885 N. 3rd St.
Baton Rouge, LA 70816
(225) 324-9866
BrungardM@ag.louisiana.gov

ROBERT L. HAMMONDS (LA 6484)
PAMELA WESCOVICH DILL (LA 31703)
JOHN RICHARD BLANCHARD (LA 37036)
TIMOTHY JOSEPH RIVERIA (LA 39585)
JOHN SCOTT THOMAS (LA 22635)
Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone (225) 923-3462
Facsimile (225) 923-0315
*Counsel for Defendants*