**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| WILLIAM LEMON, *et al.*, | |
| Plaintiffs, | Civil Action No. 5:64-cv-10687 |
| UNITED STATES OF AMERICA, | JUDGE S. MAURICE HICKS, JR. |
| Plaintiff- Intervenor, | MAGISTRATE JUDGE MARK L. HORNSBY |
| v. | |
| BOSSIER PARISH SCHOOL BOARD, *et al.*, | |
| Defendants. | |

**ORDER**

Considering the Motion to Strike Stipulated Dismissal and Grant Movants' Pending Motion to Intervene (Record Document 126),

**IT IS ORDERED** that the Motion to Strike Stipulated Dismissal and Grant Movants' Pending Motion to Intervene (Record Document 126) be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of August, 2026.

United States District Judge

Hon. S. Maurice Hicks, Jr.
United States District Judge
Western District of Louisiana